UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. B-10-986 |
| | § | |
| RUBEN LOPEZ-LUMBRERAS | § | |

**ORDER**

BE IT REMEMBERED on this 13th day of December, 2010, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed September 9, 2010, wherein the defendant Ruben Lopez-Lumbreras waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Ruben Lopez-Lumbreras to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the Defendant Ruben Lopez-Lumbreras guilty of the offense of alien unlawfully being present in the United States after having been convicted of an aggravated felony and deported, in violation of 8 U.S.C. 1326(a) and 1326(b).

Signed this 13th day of December, 2010.

_____
Andrew S. Hanen
United States District Judge